UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re<br>ROBERT JOSEPH FRIGERIO<br>JANET LOUIS FRIGERIO,<br><br>    Debtors.<br><br>BURTON BANNESTER AND<br>JANE BANNESTER,<br><br>    Movants,<br><br>vs.<br><br>ROBERT FRIGERIO AND<br>JANET FRIGERIO,<br><br>    Respondents. | Case No.13-45310-399<br>Chapter 13<br><br>Hearing Date: June 11, 2014<br>Hearing Time: 10:00 a.m.<br>Location:  Thomas Eagleton Courthouse<br>5th Floor – North Court Room<br>111 South 10th Street<br>St. Louis, MO 63102<br><br>RE: MTN 52<br><br>**ORDER** |

On June 11, 2014, the Movants Burton Bannester and Jane Bannester's Motion for Relief from Automatic Stay was called for hearing. Present were Ms. Evelyn Sims, Attorney for Movant, Mr. Steven C. Bain, Attorney for Respondents. For the reasons set forth on the record and careful review of the record in this case, it is accordingly

**ORDERED** that the Motion for Relief From Stay be and it is hereby **GRANTED** for the limited purpose of allowing Movants to pursue their claims against the Co-Defendant American Family Insurance to establish the amount of the liability and not for the purpose of proceeding with collection against any of the Frigerios' assets in the matter currently pending in the Circuit Court of St. Louis County, State of Missouri and having the case style, <u>Burton Bannester and Jane Bannester</u> v. <u>Robert Frigerio, Janet Frigerio and American Family Insurance,</u> Case Number 08SL-CC2781. The automatic stay shall otherwise remain in place.

DATED: June 19, 2014
St. Louis, Missouri
wma

                                                    /s/ Barry S. Schermer
                                                  Barry S. Schermer
                                                  United States Bankruptcy Judge

Copies mailed to:

**Steven C. Bain**
12620 Lamplighter Square, Suite 121
St. Louis, MO 63128
ATTORNEY FOR DEBTOR

**Robert Joseph Frigerio**
779 Summer Top Cir.
Fenton, MO 63026
DEBTOR/RESPONDENT

**Janet Louise Frigerio**
779 Summer Top Cir.
Fenton, MO 63026
DEBTOR/RESPONDENT

**Steven W. Edwards**
**Evelyn Sims**
Steven W. Edwards & Associates
231 S. Bemiston, Ste. 1111
St. Louis, MO 63105
ATTORNEYS FOR MOVANTS

**John V. LaBarge, Jr**
P.O. Box 430908
St. Louis, MO 63143
CHAPTER 13 TRUSTEE